IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN THE MATTER OF THE ESTATE
OF JAMES NORVLE THORNTON, DECEASED
SUZANNE WOODRUFF, PETITIONER                           PLAINTIFF

vs.                                  CIVIL ACTION NO. 1:21-cv-00003-GHD-DAS

METROPOLITAN LIFE INSURANCE COMPANY                      DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY, this cause came before this Court on the joint *ore tenus* motion to dismiss of the Plaintiff and the Defendant and the Court being advised that all issues existing between the Plaintiff and the Defendant have been resolved, it is the opinion of the Court that the motion to dismiss this case should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause be, and hereby is, dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this, the 25 day of March, 2021.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED AND APPROVED:

/s/ *Joey M. Cobb*
ATTORNEY AT LAW
Post Office Box 773
Iuka, MS 38852
Telephone: (662) 424-0040
joeymcobb@hotmail.com,
joeymcobb@gmail.com
*Attorney for Plaintiff*

/s/ *Kenna L. Mansfield, Jr.*
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, MS 39205-0313
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
kmansfield@wellsmar.com
*Attorney for Defendant*